ORIGINAL

FILED
08 MAR 24 AM 11:50
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY _____ DEPUTY

1  MCGUIREWOODS LLP
   TRACY EVANS-MOYER, SBN 243212
2  1800 Century Park East, 8th Floor
   Los Angeles, California 90067
3  Telephone: (310) 315-8200
   Facsimile: (310) 315-8210
4
   Attorneys for
5  IHHR Hospitality Private Limited

6

7

8                UNITED STATES DISTRICT COURT

9                SOUTHERN DISTRICT OF CALIFORNIA

10

11 | IHHR HOSPITALITY PRIVATE      | CASE NO. '08 CV 0540 LAB AJB
   | LIMITED,                      |
12 |                               |
   |         Plaintiff,            |
13 |                               |
   |    vs.                        | **COMPLAINT**
14 |                               |
   | LESLIE A. CABEZAS and MANUEL  |
15 | E. CABEZAS d/b/a ANANDA       |
   | CENTER,                       |
16 |                               |
   |         Defendant.            |
17

18

19      NOW COMES Plaintiff IHHR Hospitality Private Limited ("IHHR"), by its

20 attorney, Tracy Evans-Moyer of McGuireWoods LLP, and for its Complaint against

21 Defendants Leslie A. Cabezas and Manuel E. Cabezas d/b/a Ananda Center

22 ("Ananda Center") states as follows:

23                              **PARTIES**

24      1.   IHHR is an Indian corporation with its principal place of business

25 located in India. IHHR operates a world class health and beauty spa located at

26 Narendra Nagar, Rishikesh.

27      2.   On information and belief, Leslie A. Cabezas and Manuel E. Cabezas

28 are California citizens doing business as Ananda Center at a principal place of

---
COMPLAINT

business located at 945 Hornblend Street, Suite C, San Diego, California 92109 ("Ananda Center"). Ananda Center operates a health and beauty spa.

## JURISDICTION AND VENUE

3. This action is for (i) federal trademark infringement under the Lanham Act, 15 U.S.C. § 1114, (ii) federal unfair competition under the Lanham Act, 15 U.S.C. §1125(a), (iii) violation of the Federal Trademark Dilution Act, 15 U.S.C. § 1125(c), (iv) violation of the Anticybersquatting Consumer Protection Act, 15 U.S.C. § 1125(d), (v) unfair competition and deceptive trade practices, <u>California Business and Professions Code</u>, § 17200 *et. seq.* and (vi) misappropriation under the common law of the State of California.

4. This Court has original jurisdiction over IHHR's claims pursuant to 28 U.S.C. § 1331 and 28 U.S.C. § 1338 and supplemental jurisdiction over all pendent claims pursuant to 28 U.S.C. § 1367(a).

5. This Court has personal jurisdiction over Ananda Center because Leslie A. Cabezas and Manuel E. Cabezas are citizens of California and Ananda Center is doing business in the State of California and has its principal place of business within this judicial district.

6. Venue in the Southern District of California is proper under 28 U.S.C. § 1391(b)(1) because, on information and belief, Leslie A. Cabezas and Manuel E. Cabezas reside in this judicial district and under 28 U.S.C. § 1391(b)(2) because a substantial part of the events giving rise to IHHR's claims occurred in this district.

## IHHR's FAMOUS ANANDA TRADEMARK

7. IHHR owns the federal trademark registration (Reg. No. 3,011,041) for the mark ANANDA in connection with "health spa services for health and wellness of the body and spirit offered at a health resort" in International Class 44 and "spa services, namely, providing temporary accommodations and meals to clients of a health or beauty spa" in International Class 43.

///

8. IHHR consistently and prominently displays and advertises its goods and services under the ANANDA mark in connection with its spa services. IHHR registered its domain name www.anandaspa.com on or about February 15, 1999. IHHR's website went live in Fall 1999. IHHR's services have been promoted under the ANANDA mark through its website since 1999 and in publications circulated throughout the United States since at least as early as July 2000.

9. As a result of IHHR's extensive sales, advertising and promotion of its spa services under the ANANDA mark, and through favorable industry acceptance and recognition in the United States and throughout the world, the relevant consuming public and trade have come to recognize and identify IHHR as the source of quality spa services offered in connection with the ANANDA mark.

10. As a result of IHHR's extensive sales, advertising, and promotion of spa services under the ANANDA mark, the ANANDA mark has become distinctive and famous under Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c).

11. Accordingly, the ANANDA mark is an asset of incalculable value as an identifier of IHHR and its high quality services and goodwill. To this end, IHHR carefully guards its intellectual property rights in the ANANDA mark.

**ANANDA CENTER'S WRONGFUL ADOPTION AND USE OF THE ANANDA MARK**

12. On information and belief, Ananda Center adopted and began using the ANANDA mark in connection with its provision of spa services at its physical location in San Diego, California no earlier than 2001 and in connection with its website located at http://www.anandacenter.com no earlier than Spring 2004.

13. IHHR never authorized, licensed or otherwise permitted Ananda Center to use the ANANDA mark or any other mark that is confusingly similar to its ANANDA mark.

14. On information and belief, at the time Ananda Center first used the ANANDA mark in commerce, Ananda Center had actual knowledge of IHHR's use

///

1  of the ANANDA mark, of the valuable reputation and goodwill symbolized by the
2  ANANDA mark, and of the ANANDA mark's association with IHHR.

3      15. As such, Ananda Center's actions were and are willful and intentional
4  and were and are intended to trade on the reputation and goodwill of IHHR, and to
5  confuse and deceive consumers.

6      16. After learning of Ananda Center's use of the ANANDA mark in
7  connection with spa services, by letter dated April 25, 2007, IHHR objected thereto
8  and requested that Ananda Center cease such use. In response, by letter dated June
9  25, 2007, Ananda Center denied IHHR's claim of infringement. Again, by letter
10 dated October 10, 2007, IHHR requested that Ananda Center cease use of the
11 ANANDA mark. Ananda Center has refused this request.

12 **ANANDA CENTER'S USE OF THE ANANDA MARK DILUTES THE DISTINCTIVENESS**
13 **OF THE ANANDA MARK AND MAKES CONFUSION LIKELY**

14     17. Ananda Center's use of the ANANDA mark and the domain name
15 www.anandacenter.com is likely to mislead, deceive, and confuse the relevant
16 purchasing public and trade. It is likely that consumers will mistakenly believe that
17 Ananda Center's spa services under the ANANDA mark are connected, associated
18 or in some way affiliated with IHHR, when in fact no such connection, association
19 or affiliation exists.

20     18. Ananda Center's use of the ANANDA mark dilutes the distinctive
21 quality of the famous ANANDA mark.

22     19. As a result of Ananda Center's acts, IHHR has suffered and continues
23 to suffer substantial damage and irreparable injury. IHHR has no adequate remedy
24 at law, and unless Ananda Center is restrained and enjoined by the Court, Ananda
25 Center's acts will continue to cause damage and irreparable injury to IHHR, and to
26 damage its goodwill and business reputation. IHHR cannot ascertain the precise
27 amount of its damages at this time.
28 ///

## COUNT I

## FEDERAL TRADEMARK INFRINGEMENT

20. For its Paragraph 20, IHHR restates and realleges Paragraphs 1 through 19 as if fully set forth herein.

21. Ananda Center's unauthorized use of the ANANDA mark is likely to cause confusion, mistake or deception as to the source, sponsorship or approval of Ananda Center's spa services. The relevant consuming public and the trade are likely to believe that Ananda Center's services originate with IHHR, are licensed, sponsored or approved by IHHR, or are in some way connected with or related to IHHR. Accordingly, Ananda Center's unauthorized use of the ANANDA mark is in violation of §32(1) of the Lanham Act, 15 U.S.C. §1114.

22. Ananda Center's unauthorized use of the ANANDA mark constitutes intentional and willful infringement of IHHR's rights in and to the federally registered ANANDA mark in violation of §32(1) of the Lanham Act, 15 U.S.C. § 1114.

23. Ananda Center's infringing acts have occurred in commerce and have caused, and unless restrained will continue to cause, serious and irreparable injury to IHHR, for which IHHR has no adequate remedy at law.

## COUNT II

## FEDERAL UNFAIR COMPETITION

24. For its Paragraph 24, IHHR restates and realleges Paragraphs 1 through 19 as if fully set forth herein.

25. Ananda Center's unauthorized use of the ANANDA mark constitutes use of a false designation of origin and false or misleading representation, which wrongly and falsely designates, describes, and represents the origin of Ananda Center's services as originating from or being connected with IHHR, and is likely to

cause confusion, or to cause mistake, or to deceive as to Ananda Center's affiliation, connection, or association with IHHR, or as to the origin, sponsorship, or approval of Ananda Center's services by IHHR in violation of Section 43(a) of the Lanham Act, 15 U.S.C. § 1125(a).

26. Ananda Center's acts have occurred in commerce and have caused, and unless restrained by this Court will continue to cause, serious and irreparable injury to IHHR, for which IHHR has no adequate remedy at law.

## COUNT III

## FEDERAL TRADEMARK DILUTION

27. For its Paragraph 27, IHHR restates and realleges Paragraphs 1 through 19 as if fully set forth herein.

28. The ANANDA mark is and has been prior to Ananda Center's infringing acts distinctive and famous as a result of (among other things) IHHR's lengthy and extensive use and promotion of the ANANDA mark.

29. Ananda Center's unauthorized use of the ANANDA mark causes injury to the business reputation of IHHR by impairing the effectiveness of the famous ANANDA mark, and dilutes the distinctive quality of the famous ANANDA mark in violation of Section 43(c) of the Lanham Act, 15 U.S.C. § 1125(c).

30. Ananda Center's unlawful acts have occurred in commerce and have caused, and unless restrained by this Court will continue to cause, serious and irreparable injury to IHHR, for which IHHR has no adequate remedy at law.

## COUNT IV

## ANTICYBERSQUATTING CONSUMER PROTECTION ACT

31. For its Paragraph 31, IHHR restates and realleges Paragraphs 1 through 19 as if fully set forth herein.

///

5195067.1                    -6-
COMPLAINT

32. The ANANDA mark is and has been, prior to Ananda Center's infringing acts, distinctive and famous as a result of (among other things) IHHR's lengthy and extensive use and promotion of the ANANDA mark.

33. Ananda Center has and continues to use the ANANDA mark and the www.anandacenter.com domain name with a bad faith intent to profit from the ANANDA mark in violation of Section 43(d) of the Lanham Act, 15 U.S.C. § 1125(d).

34. As a result of Ananda Center's unlawful acts, IHHR is entitled to the transfer of the www.anandacenter.com domain name from Ananda Center to IHHR pursuant to Section 43(d)(1)(c) of the Lanham Act, 15 U.S.C. § 1125(d)(1)(c)

35. As a result of Ananda Center's unlawful acts, IHHR is entitled to recover statutory damages in an amount not less than $1,000 and not more than $100,000 pursuant to Section 35(d) of the Lanham Act, 15 U.S.C. § 1117(d).

36. Ananda Center's unlawful acts have occurred in commerce and have caused, and unless restrained by this Court will continue to cause, serious and irreparable injury to IHHR, for which IHHR has no adequate remedy at law.

## COUNT V

## UNFAIR COMPETITION AND DECEPTIVE TRADE PRACTICES

37. For its Paragraph 37, IHHR restates and realleges Paragraphs 1 through 19 as if fully set forth herein.

38. Plaintiff is informed and believes and thereon alleges that as a result of the actions of Ananda Center as set forth in paragraphs 1-36 above, including deceptive trade practices with the purpose to infringing and misappropriating the ANANDA mark and to unfairly compete with IHHR in violation of 15 U.S.C. 1114, and 15 U.S.C. 1125(a), (c), and (d), are unlawful, unfair and fraudulent business practices as contemplated by § 17200 *et. seq.* of California Business and Profession Code.

39. Ananda Center's acts have caused, and unless restrained by this Court will continue to cause, serious and irreparable injury to IHHR, for which IHHR has no adequate remedy at law.

## COUNT VI

## **MISAPPROPRIATION**

40. For its Paragraph 40, IHHR restates and realleges Paragraphs 1 through 19 as if fully set forth herein.

41. As a result of Ananda Center's unlawful actions, Ananda Center has misappropriated valuable property rights of IHHR, has passed off its services as those of IHHR, and is trading on the goodwill symbolized by the distinctive and famous ANANDA mark with no consideration or payment to IHHR.

42. Ananda Center received and continues to receive profits and benefits from its provision of services under the ANANDA mark, which profits and benefits rightfully belong to IHHR.

43. Ananda Center's acts have caused, and unless restrained by this Court will continue to cause, serious and irreparable injury to IHHR, for which IHHR has no adequate remedy at law.

## COUNT VII

## **ACCOUNTING**

44. For its Paragraph 44, IHHR restates and realleges Paragraphs 1 through 19 as if fully set forth herein.

45. By virtue of the facts set forth above, IHHR is entitled to and demands a complete accounting of the gross revenues and profits of Ananda Center arising from, related to, diverted from, or otherwise attributable to the sale of spa services under the ANANDA mark or arising from use of the www.anandacenter.com domain name.

WHEREFORE, IHHR Hospitality Private Limited respectfully requests that this Court enter an order as follows:

A. That Ananda Center has violated §§ 32(1), 43(a), 43(c), and 43(d) of the Lanham Act and committed acts of unfair competition and deceptive trade practices and misappropriation under California common and statutory law;

B. That Ananda Center and its officers, members, agents, servants, employees, representatives, parents, subsidiaries and related companies and all others in active concert or participation with it, either directly or indirectly, be preliminarily and permanently enjoined and restrained from:

   i. using the ANANDA mark or name or any other mark, logo, name or designation that creates a likelihood of confusion, mistake or deception with respect to the ANANDA mark, or in any way dilutes the famous ANANDA mark;

   ii. doing any other act or thing likely to induce or that induces the mistaken belief that Ananda Center is in any way affiliated, connected, or associated with IHHR or its products and services;

   iii. licensing or authorizing others to use the ANANDA mark or any other confusingly similar mark;

   iv. injuring IHHR's business reputation and the goodwill associated with the ANANDA mark, and from otherwise unfairly competing with IHHR in any manner whatsoever; and

   v. passing off its services as those of IHHR;

C. That, pursuant to 15 U.S.C. §1118, Ananda Center be required to deliver to IHHR for destruction (or in the case of webpage text and images, destruction without delivery to the Court) all products, labels, packages, advertisements, promotions and all other matter in the

| | | |
|---|---|---|
| 1 | | custody or under the control of Ananda Center that bears the ANANDA |
| 2 | | mark or any other mark that is likely to be confused with the IHHR |
| 3 | | mark; |
| 4 | D. | That Ananda Center be required to immediately remove all uses of and |
| 5 | | references to the ANANDA mark from the website located at |
| 6 | | http://www.anandacenter.com; |
| 7 | E. | That Ananda Center be required to transfer the www.anandacenter.com |
| 8 | | domain name to IHHR; |
| 9 | F. | That a complete accounting of the gross revenues and profits of Ananda |
| 10 | | Center arising from, related to, diverted from, or otherwise attributable |
| 11 | | to sale of goods or services under the ANANDA mark or through the |
| 12 | | domain name www.anandacenter.com be conducted; |
| 13 | G. | That IHHR be awarded monetary relief in an amount to be fixed by the |
| 14 | | Court in its discretion as just, including: |
| 15 | | i. all profits received by Ananda Center from sales and revenues of |
| 16 | | any kind made as a result of its actions, trebled; |
| 17 | | ii. all damages sustained by IHHR as a result of Ananda Center's |
| 18 | | actions, trebled; and |
| 19 | | iii. the costs incurred by IHHR in bringing this action; |
| 20 | H. | That Ananda Center compensate IHHR for the advertising and other |
| 21 | | expenditures necessary to dispel any public confusion caused by |
| 22 | | Ananda Center's unlawful acts; |
| 23 | I. | That pursuant to 15 U.S.C. § 1116, Ananda Center be directed to file |
| 24 | | with the Court and serve on IHHR within thirty (30) days after issuance |
| 25 | | of an injunction, a report in writing and under oath setting forth in |
| 26 | | detail the manner and form in which Ananda Center has complied with |
| 27 | | the judgment and order; |
| 28 | J. | That because of the exceptional nature of this case resulting from |

Ananda Center's deliberate and willful infringing actions, this Court award to IHHR all reasonable attorneys' fees, costs, and disbursements incurred by it as a result of this action, pursuant to 15 U.S.C. § 1117;

K. That IHHR shall have such other and further relief as the Court may deem just and equitable.

## JURY DEMAND

IHHR hereby demands a trial by jury as to all appropriate claims pursuant to Rules 38 and 39 of the Federal Rules of Civil Procedure.

DATED: March 21, 2008          Respectfully submitted,

MCGUIREWOODS LLP

By: _____
    Tracy Evans-Moyer
    Attorneys for IHHR Hospitality Private Limited

```
         UNITED STATES
         DISTRICT COURT
       SOUTHERN DISTRICT OF CALIFORNIA
            SAN DIEGO DIVISION

         # 149040    - SH
         * * C O P Y * *
           March 24, 2008
              11:48:12


          Civ Fil Non-Pris
USAO #.: 08CV0540
Judge..: LARRY A BURNS
Amount.:                   $350.00 CK
Check#.: BC8629



       Total->    $350.00



FROM: IHHR HOSPITALITY PRIVATE LIMIT
      V. LESLIE A CABEZAS ET AL
```

JS 44 (Rev. 11/04)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
IHHR HOSPITALITY PRIVATE LIMITED

**DEFENDANTS**
LESLIE A. CABEZAS and MANUEL F. CABEZAS d/b/a ANANDA CENTER

(b) County of Residence of First Listed Plaintiff: Foreign
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed Defendant: San Diego
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

FILED 08 MAR 24 AM 11:50 CLERK US DISTRICT COURT SOUTHERN DISTRICT OF CALIFORNIA BY: _____ DEPUTY

(c) Attorney's (Firm Name, Address, and Telephone Number)
MCGUIREWOODS LLP, 1800 Century Park East, 8th Floor, Los Angeles, CA 90067, 310-315-8200

Attorneys (If Known): 08 CV 0540 LAB AJB

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 2 U.S. Government Defendant
- ☒ 3 Federal Question (U.S. Government Not a Party)
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PTF | DEF |  | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☒ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | **LABOR** | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | ☐ 730 Labor/Mgmt.Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | | | |

## V. ORIGIN (Place an "X" in One Box Only)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):
15 U.S.C. 1114; 15 U.S.C. 1125(a), (c), (d); Cal. Bus. and Professions Code 17200

Brief description of cause:
Defendants unlawfully adopted and continue to unlawfully use Plaintiff's trademark without authorization

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☒ Yes ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE: 3/22/08
SIGNATURE OF ATTORNEY OF RECORD: Tracy Evans-Moyer, SBN 243212

**FOR OFFICE USE ONLY**
RECEIPT # 149040   AMOUNT $350   APPLYING IFP   JUDGE   MAG. JUDGE

SL 3/24/08