Summons in a Civil Action (Rev 11/97)

# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

IHHR HOSPITALITY PRIVATE LIMITED D/B/

vs

LESLIE A. CABEZAS and MANUEL E. CABEZAS d/b/a ANANDA CENTER

FILED
08 MAR 24 PM 12:09
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

SUMMONS IN A CIVIL ACTION

Case No. **'08 CV 0540 LAB AJB**

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

TRACY EVANS-MOYER
McGUIREWOODS LLP
1800 CENTURY PARK EAST, 8TH FLOOR
LOS ANGELES, CA 90064

An answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.
CLERK

3/24/08
DATE

By  C. PUTTMA  , Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)