MCGUIREWOODS LLP
TRACY EVANS-MOYER, SBN 243212
1800 Century Park East, 8th Floor
Los Angeles, California 90067
Telephone: (310) 315-8200
Facsimile: (310) 315-8210

Attorneys for
IHHR Hospitality Private Limited

FILED

08 MAR 24 AM 11:51

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IHHR HOSPITALITY PRIVATE LIMITED,<br><br>       Plaintiff,<br><br>vs.<br><br>LESLIE A. CABEZAS and MANUEL E. CABEZAS d/b/a ANANDA CENTER,<br><br>       Defendant. | CASE NO. 08 CV 0540 LAB AJB<br><br>LR 40.2 STATEMENT |

Pursuant to Rule 40.2 of the United States District Court for the Southern District of California, notice is hereby given by counsel of record for IHHR Hospitality Private Limited that the following corporate interests are disclosed.

1. Parent companies of the plaintiff: Amanind Investments Holdings Limited; and

2. Publicly held companies that own ten percent (10%) or more of the plaintiff: None.

///

///

///

LR 40.2 STATEMENT

| | |
|---|---|
| 1  DATED: March 21, 2008 | Respectfully submitted, |
| 2 | |
| 3 | MCGUIREWOODS LLP |
| 4 | By: _____ |
| 5 | Tracy Evans-Moyer |
| 6 | Attorneys for IHHR Hospitality Private Limited |

5228686_1.DOC

-2-

LR 40.2 STATEMENT