| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | Telephone | FOR COURT USE ONLY |
|---|---|---|
| TRACY EVANS MOYER<br>1800 CENTURY PARK EAST 8TH FL<br>Los Angeles, CA 90067<br>E-MAIL | (310) 315-8200<br>FAX | |
| ATTORNEY FOR (Name): IN PROPRIA PERSONA | | |

**US District Court - Southern District of California**
- STREET ADDRESS: 880 Front St
- MAILING ADDRESS: Ste 4290
- CITY AND ZIP CODE: San Diego, CA 92101--890
- BRANCH NAME: Southern District of California

PLAINTIFF: IHHR HOSPITALITY PRIVATE LIMITED
DEFENDANT: LESLIE A CABEZAS AND MANUEL E CABEZAS DB

| PROOF OF SERVICE | FILE NUMBER<br>2008143794 | COURT CASE NUMBER<br>08CVU540LABAJB |
|---|---|---|

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the:
   f. other (specify documents):
   **Complaint, SUMMONS IN A CIVIL ACTION**

3. a. Party served: **LESLIE A CABEZAS DBA ANANDA CENTER by leaving with Christine Bills Authorized**
   b. Person served: party in item 3a

4. Address where party was served:   945 Hornblend St Ste C
   San Diego, CA 92109-4057

5. I served the party
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of the process for the party (1)on: 4/7/2008 (2)at: 4:44 PM.

6. The "Notice to the Person Served" was completed as follows:
   d. on behalf of: LESLIE A CABEZAS DBA ANANDA CENTER
   under the following Code of Civil Procedure section: CCP 415.95 (business organization, form unknown)

7. Person who served papers:
   a. Name: **M Karo 5052**
   b. Address: San Diego County Sheriff Sheriff's Civil Office PO Box 85306 San Diego, CA 92186-5306
   c. Telephone number: (619) 544-6401
   d. The fee for service was: $35.00

9. I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: April 15, 2008

Sheriff's Authorized Agent — LOIS A. MANDEL / SCOTT D. HILL
William B. Kolender, Sheriff

Hearing: <No Information>