| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | Telephone | FOR COURT USE ONLY |
|---|---|---|
| TRACY EVANS MOYER<br>1800 CENTURY PARK EAST 8TH FL<br>Los Angeles, CA 90067<br>E-MAIL | (310) 315-8200<br>FAX | |
| ATTORNEY FOR (Name):   IN PROPRIA PERSONA | | |

| US District Court - Southern District of California |
|---|
| STREET ADDRESS: 880 Front St |
| MAILING ADDRESS: Ste 4290 |
| CITY AND ZIP CODE: San Diego, CA 92101–890 |
| BRANCH NAME: Southern District of California |

| PLAINTIFF: | IHHR HOSPITALITY PRIVATE LIMITED |
|---|---|
| DEFENDANT: | LESLIE A CABEZAS AND MANUEL E CABEZAS DB |

| PROOF OF SERVICE | FILE NUMBER | COURT CASE NUMBER |
|---|---|---|
| | 2008143794 | 08CVU540LABAJB |

1. At the time of service I was at least 18 years of age and not a party to this action.

2. I served copies of the:
   f. other (specify documents):
      **Complaint, SUMMONS IN A CIVIL ACTION**

3. a. Party served:    **MANUEL E CABEZAS dba ANANDA CENTER by leaving with Christine Bills Authorized**
   b. Person served:    **party in item 3a**

4. Address where party was served:    **945 Hornblend St Ste C**
   **San Diego, CA 92109-4057**

5. I served the party
   a. by personal service. I personally delivered the documents listed in item 2 to the party or person authorized to receive service of the process for the party (1)on: 4/7/2008 (2)at: 4:45 PM.

6. The "Notice to the Person Served" was completed as follows:
   d. on behalf of: MANUEL E CABEZAS dba ANANDA CENTER
      under the following Code of Civil Procedure section: CCP 415.95 (business organization, form unknown)

7. Person who served papers:
   a. Name:  **M Karo 5052**
   b. Address: **San Diego County Sheriff Sheriff's Civil Office PO Box 85306 San Diego, CA 92186-5306**
   c. Telephone number: **(619) 544-6401**
   d. The fee for service was: **$35.00**

9. I am a California sheriff or marshal and I certify that the foregoing is true and correct.

Date: April 15, 2008

LOIS A. MANDEL
Sheriff's Authorized Agent
William B. Kolender, Sheriff

Scott D. Hill
SCOTT D. HILL

Hearing:  **<No Information>**

Judicial Council form POS-010                    Original                    206334