cal_____

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IHHR HOSPITALITY PRIVATE LIMITED,<br><br>　　　　　Plaintiff,<br>v.<br><br>LESLIE A. CABEZAS, dba ANANDA CENTER,<br><br>　　　　　Defendants. | Civil No. 08cv0540 LAB (AJB)<br><br>ORDER FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE |

　　　　On June 12, 2008, the Court convened an Early Neutral Evaluation Conference in the above entitled action. Appearing were Tracy Evans Moyer, Esq. and Mansour Swami on behalf of plaintiff; Lisa A. Cervantes Esq., Manuel E. Cabezas and Leslie A. Cabezas on behalf of defendant.

　　　　Settlement could not be reached in the case. The parties have concluded their Rule 26(f) proceedings, and the Court immediately convened a Case Management Conference to set further dates and deadlines. A Scheduling Order taking the case through the final pretrial conference will issue separately. As to the initial disclosures under Rule 26(a)(1)(C), the parties will complete their disclosure obligation no later than June 26, 2008.

　　　　IT IS SO ORDERED.

DATED: June 12, 2008

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Hon. Anthony J. Battaglia
　　　　　　　　　　　　　　　　　　　　U.S. Magistrate Judge
　　　　　　　　　　　　　　　　　　　　United States District Court