# PROOF OF SERVICE

USDC San Diego Case No. CV 07-07462 GW (JWJx)

STATE OF CALIFORNIA: COUNTY OF LOS ANGELES

I, the undersigned, declare that I am over the age of 18 and not a party to this case, I am employed in or am a resident of the County of Los Angeles, California where the service occurs and my business address is 1039 26th Street, Santa Monica CA 90403.

I further declare that on June 30, 2008, I filed with the above-referenced Court, and on June 30, 2008, I caused the following documents to be sent by CM/ECF transmission:

**DEFENDANTS' INITIAL DISCLOSURES [F.R.C.P. 26(A)]**

from Santa Monica, California to the parties' attorneys of record listed below:

TRACY EVANS-MOYER
MCGUIRE WOODS, LLP
1800 Century Park East 8th Floor
Los Angeles CA 90067

Attorneys for Plaintiff

**I declare under penalty of perjury that the foregoing is true and correct.**

*s/ Lisa A. Cervantes /*
_____
**LISA A. CERVANTES**                    **Dated: July 2, 2008**